AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOODY,JR, JAMES M. | U.S. DISTRICT COURT OF EASTERN ARKANSAS | 08/01/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

500 W. Capitol
Suite C446
Little Rock, AR 72201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 |
| 2. | TRUSTEE | TRUST #2 |
| 3. | TRUSTEE | TRUST #3 |
| 4. | MANAGING MEMBER | ▮▮▮ MANOR LLC |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY,JR, JAMES M. | 08/01/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | LITTLE ROCK CHAMBER OF COMMERCE |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOODY,JR, JAMES M.** | 08/01/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY,JR, JAMES M. | 08/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Banco Santander, SA Common Stock (SAN) | B | Int./Div. | J | T | | | | | |
| 2. Calumet Specialty products (CLMT) | B | Int./Div. | K | T | | | | | |
| 3. Chimera Inv Corp Common Stock (CIM) | A | Int./Div. | J | T | | | | | |
| 4. Cliffs Natural Res Inc (CLF) | A | Int./Div. | J | T | | | | | |
| 5. Duke Entergy Corp Common Stock (DUK) | B | Int./Div. | K | T | | | | | |
| 6. Eastman Chemical Co (EMN) | A | Int./Div. | K | T | | | | | |
| 7. Ford Motor Co Common Stock (F) | A | Int./Div. | K | T | | | | | |
| 8. General Electric Co Common Stock (GE) | A | Int./Div. | K | T | | | | | |
| 9. GSV Inc Common Stock (GSVI) | A | Int./Div. | J | T | | | | | |
| 10. First Entergy Corp Common Stock (FE) | A | Int./Div. | K | T | | | | | |
| 11. Intel Corp Common Stock (INTC) | A | Int./Div. | K | T | | | | | |
| 12. iShares Silver Trust ETF (SLV) | A | Int./Div. | K | T | | | | | |
| 13. Kinetics Paradigm Fund (WWNPX) | A | Int./Div. | K | T | | | | | |
| 14. Nucor Corp Common Stock (NUE) | A | Int./Div. | K | T | | | | | |
| 15. Mirant Corp (SOE) (X) | A | Int./Div. | J | T | | | | | |
| 16. OCA Inc (OCA) | A | Int./Div. | | | Sold | 04/01/15 | J | A | |
| 17. Parsley Energy (PE) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOODY,JR, JAMES M.** | 08/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer Inc Common Stock (PFE) | A | Int./Div. | K | T | | | | | |
| 19. RMR Group (RMR) | A | Int./Div. | J | T | Buy | 12/15/15 | J | | |
| 20. Senior Housing PPTYS Tr (SNH) | B | Int./Div. | K | T | | | | | |
| 21. The Southern Company (SO) | A | Int./Div. | K | T | | | | | |
| 22. Charles Schwab Deposit Account (X) | A | Int./Div. | J | T | | | | | |
| 23. Vanguard Growth Index Fund (VIGAX) | B | Distribution | M | T | | | | | |
| 24. Vanguard Windsor II Fund (VWNAX) | E | Distribution | N | T | | | | | |
| 25. Trust 1(H) | | | | | | | | | |
| 26. - American Funds AMCAP Fund A (AMCPX) | E | Distribution | N | T | | | | | |
| 27. - American Funds Growth Fund (AGTHX) | E | Distribution | M | T | | | | | |
| 28. - American Funds New Prospective Fund (ANWPX) | D | Distribution | L | T | | | | | |
| 29. - American Funds New World Fund (NEWFX) | B | Distribution | K | T | | | | | |
| 30. - Federated Kaufman Fund R (KAUFX) | C | Distribution | K | T | | | | | |
| 31. Vanguard Growth Index Fund Inv (VIGRX) | A | Distribution | J | T | | | | | |
| 32. Trust 2(H) | | | | | | | | | |
| 33. - American Funds AMCAP Fund A (AMCPX) | E | Distribution | N | T | | | | | |
| 34. - American Funds Growth Fund (AGTHX) | D | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY,JR, JAMES M. | 08/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - American Funds New Prospective Fund (ANWPX) | D | Distribution | L | T | | | | | |
| 36. - American Funds New World Fund (NEWFX) | B | Distribution | J | T | | | | | |
| 37. Trust 3(H) | | | | | | | | | |
| 38. Arkdelphia AR school dist 001 (04071TEL2) | C | Int./Div. | L | T | Buy | 11/05/15 | L | | |
| 39. - Arkadelphia AR Pub Ed Facs Rev OBU Bd (040716DT6) | C | Int./Div. | L | T | | | | | |
| 40. Pulaski County AR Facs Board (74540EAT8) | B | Int./Div. | K | T | | | | | |
| 41. - AR State Higher Education Bond (041042KU5) | B | Int./Div. | K | T | | | | | |
| 42. Arkansas State Community Wtr (041049CS4) | B | Int./Div. | L | T | | | | | |
| 43. - Batesville AR School District Bond (070671KF8) | B | Int./Div. | L | T | | | | | |
| 44. - Bryant AR School District 25 Constr Bd (117637MJ4) | C | Int./Div. | L | T | | | | | |
| 45. Cabot AR Sch Dist (127037QD4) | B | Int./Div. | L | T | | | | | |
| 46. - Conway AR School District 1 Faulkner Co Bd (212597A65) | B | Int./Div. | L | T | | | | | |
| 47. Conway AR School Dist 001RFDG (212597D88) | B | Int./Div. | L | T | | | | | |
| 48. - El Dorado AR School District 15 Bond (283029JX5) | B | Int./Div. | L | T | | | | | |
| 49. Greenwood AR School Dist (397040TK2) | B | Int./Div. | L | T | | | | | |
| 50. Harrison AR School Dist (414864KS6) | A | Int./Div. | K | T | | | | | |
| 51. - Little Rock, AR RFDG Library Constr Bd (537360PQ6) | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY,JR, JAMES M. | 08/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - North Little Rock, AR School District 1 Bond (660631VR0) | B | Int./Div. | K | T | | | | | |
| 53. - Pulaski Tech. College AR Revenue Bond (745601GW8) | C | Int./Div. | L | T | | | | | |
| 54. - Rogers, AR Sewer Revenue Improvement Bd (775086CV1) | C | Int./Div. | L | T | | | | | |
| 55. - University of AR Revenue Varsity Facs Bd (914084WP9) | | Int./Div. | | | Sold | 11/02/15 | L | A | |
| 56. - University of AR Revenue Varsity Facs Bd (914084EJ3) | A | Int./Div. | | | Sold | 11/02/15 | J | A | |
| 57. Associated Bank N/A-Cash | A | Interest | K | T | | | | | |
| 58. BankUnited NA-Cash | A | Interest | | | Sold | 12/01/15 | J | A | |
| 59. NY Community Bank-Cash | A | Interest | | | Sold | 12/01/15 | J | A | |
| 60. RBS Citizens PA-Cash | A | Interest | | | Sold | 12/01/15 | J | A | |
| 61. Bank of Ozarks Accounts | B | Interest | L | T | | | | | |
| 62. Telcoe Federal Credit Union Accounts | A | Interest | L | T | | | | | |
| 63. ▓ Manor LLC Union Co. | A | Distribution | J | T | | | | | |
| 64. Little Prairie Land Co. | E | Distribution | N | T | | | | | |
| 65. Header #1(H) | | | | | | | | | |
| 66. Prime Fund Capital Reserve (Cash) | A | Int./Div. | K | T | | | | | |
| 67. American Capital World Growth (CWGIX) | A | Int./Div. | J | T | | | | | |
| 68. American Europacific Growth Class A (AEPGX) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR, JAMES M. | 08/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Growth Fund of America (AGTHX) | A | Int./Div. | J | T | | | | | |
| 70. American New World Fund Class A (NEWFX) | A | Int./Div. | J | T | | | | | |
| 71. American Small Cap World Class A (SMCWX) | A | Int./Div. | J | T | | | | | |
| 72. American High Income Trust Class A (AHITX) | A | Int./Div. | J | T | | | | | |
| 73. TIAA Traditional | A | Int./Div. | J | T | | | | | |
| 74. CREF Stock | A | Int./Div. | J | T | | | | | |
| 75. CREF Global Equities | A | Int./Div. | J | T | | | | | |
| 76. CREF Bond Market | A | Int./Div. | J | T | | | | | |
| 77. CREF Inflation Linked Bond | A | Int./Div. | J | T | | | | | |
| 78. Tgt 2030 Fund | A | Int./Div. | K | T | | | | | |
| 79. Johnson and Johnson (JNJ) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY,JR, JAMES M. | 08/01/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#79 JNJ stock-just discovered ownership in 2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES M. MOODY,JR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544